# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JANE DOE,<br>　　　　　Plaintiff,<br><br>v.<br><br>PRINCETON UNIVERSITY,<br><br>　　　　　Defendant. | Civil Case No.: 3:21-cv-20264-FLW-DEA<br><br>**WITHDRAWAL OF APPEARANCE OF COUNSEL** |

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws his appearance as counsel for Defendant The Trustees of Princeton University (the "University") (incorrectly pleaded as "Princeton University"). The University continues to be represented by Linda Wong, Esq., of Wong & Fleming, PC, who entered an appearance on behalf of the University on December 10, 2021. (Doc. 2.) Accordingly, I respectfully request to be terminated as attorney-of-record for the University, and to be removed from the list of recipients of notices of electronic filing.

-2-

SAUL  EWING  ARNSTEIN  &  LEHR LLP

*/s/ James A. Keller*
James A. Keller, Esq.
650 College Road East, Suite 4000
Princeton, NJ 08540
Phone: (609) 452-3100
Email: James.Keller@saul.com

Dated:  December 23, 2021

-2-