<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>v.<br><br>PRINCETON UNIVERSITY,<br><br>      Defendants. | Civil A. No.: 3:21-cv-20264 (GC)<br><br>**ORDER** |

<u>**CASTNER, District Judge**</u>

**THIS MATTER** having been opened to the Court upon a motion to dismiss for failure to state a claim filed by Linda Wong, Esq., counsel for Defendant Princeton University ("Defendant"); it appearing that Plaintiff Jane Doe ("Plaintiff"), by and through her counsel, Patricia A. Barasch, Esq., opposes the motion; the Court having considered the submissions of the parties pursuant to Federal Rule of Civil Procedure 78, and for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 28th day of February 2023,

**ORDERED** that Defendant's Motion to Dismiss (ECF 17) is **GRANTED**; Count I (Law Against Discrimination) is dismissed without prejudice; and it is further

**ORDERED** that Plaintiff is given leave to amend her complaint with respect to Count I within 30 days of this Order to cure deficiencies outlined in the Opinion filed herewith.

**SO ORDERED**.

/s/ *Georgette Castner*
Hon. Georgette Castner
U.S. District Judge
