

LINDA WONG
Member of NJ, PA, NY, VA & DC Bars

lwong@wongfleming.com

March 30, 2023

**VIA ECF**
The Honorable Georgette Castner, U.S.D.J.
United States District Court of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  **Re:** **Jane Doe v. Princeton University,**
     **Case No. 3:21-cv-20264-GC-DEA**

Dear Judge Castner:

  This law firm, along with Crowell & Moring, LLP, represents Defendant, the Trustees of Princeton University, ("Princeton"), in the above-referenced matter. Princeton intends to file a motion to dismiss in response to the amended complaint filed by Plaintiff Jane Doe. Both parties have stipulated to extend the briefing schedule to provide that Princeton may file a response to the amended complaint on or before May 15, 2023, Plaintiff may file her opposition to the motion on or before July 6, 2023, and Princeton may file a reply on or before July 27, 2023, subject to the Court's approval. These extensions are needed because of competing demands of both parties, and upcoming international travel.

  We are therefore jointly requesting that the Court approve the briefing schedule, accordingly. Thank you for Your Honor's consideration of the foregoing.

           Respectfully,

           WONG FLEMING

           */s/ Linda Wong*
           Linda Wong

LW/ss

**So Ordered** on this 31st day
  of March, 2023.

 /s/ *Georgette Castner,* USDJ

821 ALEXANDER ROAD, SUITE 200 ◆ P.O. BOX 3663 ◆ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ◆ FAX: (609) 951-0270
**WWW.WONGFLEMING.COM**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ ILLINOIS ◆ INDIANA ◆ MICHIGAN
NEW JERSEY ◆ NEW YORK ◆ PENNSYLVANIA ◆ TENNESSEE ◆ TEXAS ◆ WASHINGTON
ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED