

LINDA WONG
Member of NJ, PA, NY, VA & DC Bars

lwong@wongfleming.com

July 24, 2023

**VIA ECF**
The Honorable Georgette Castner, U.S.D.J.
United States District Court of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  Re: **Jane Doe v. Princeton University,**
     **Case No. 3:21-cv-20264-GC-DEA**

Dear Judge Castner:

  This law firm, along with Crowell & Moring, LLP, represents Defendant, the Trustees of Princeton University, ("Princeton"), in the above-referenced matter. In accordance with Your Honor's Letter Order (Dkt. No. 30) setting a briefing schedule for Princeton's Motion to Dismiss, Princeton's Reply Brief is presently due on July 27, 2023. We write to respectfully request an extension of time to file the reply brief on or before August 3, 2023. Plaintiff's counsel has consented to this request.

  Thank you for Your Honor's consideration in this regard.

            Respectfully,

            WONG FLEMING

            */s/ Linda Wong*
            Linda Wong

LW/ss

So Ordered:

_____

821 ALEXANDER ROAD, SUITE 200 ⬥ P.O. BOX 3663 ⬥ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ⬥ FAX: (609) 951-0270
**WWW.WONGFLEMING.COM**

CALIFORNIA ⬥ FLORIDA ⬥ GEORGIA ⬥ ILLINOIS ⬥ INDIANA ⬥ MICHIGAN
NEW JERSEY ⬥ NEW YORK ⬥ PENNSYLVANIA ⬥ TENNESSEE ⬥ TEXAS ⬥ WASHINGTON
ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED