UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>PRINCETON UNIVERSITY,<br><br>Defendant. | Civil Action No. 21-20264 (GC) (DEA)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Defendant Princeton University's Motion to Dismiss (ECF No. 32) Plaintiff Jane Doe's Amended Complaint (ECF No. 28) pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6). Following briefing by the parties, the Court carefully considered the parties' submissions and decided the motion without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the Court's accompanying Opinion, and other good cause shown,

**IT IS** on this 22nd day of December 2023, **ORDERED** as follows:

1. Defendant's Motion to Dismiss (ECF No. 32) is **DENIED**.

2. The Clerk's Office is directed to **TERMINATE** Defendant's motion pending at ECF No. 32.

_____
GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE