

LINDA WONG
Member of NJ, PA, NY, VA & DC Bars

lwong@wongfleming.com

December 26, 2023

**VIA ECF**
The Honorable Georgette Castner, U.S.D.J.
United States District Court of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: Jane Doe v. Princeton University,
      Case No. 3:21-cv-20264-GC-DEA

Dear Judge Castner:

  This law firm, along with Crowell & Moring, LLP, represents Defendant, the Trustees of Princeton University, ("Princeton"), in the above-referenced matter. We write to respectfully request that the Court consider this letter as Princeton's application pursuant to Local Rule 6.1 for an extension of time to file Princeton's Answer, presently due on January 5, 2024, to on or before January 19, 2024. The Court denied Princeton's Motion to Dismiss on December 22, 2024, and pursuant to Rule 12, Princeton's Answer is due January 5, 2024. Princeton has not obtained any prior extensions to serve its Answer.

  Plaintiff's counsel has consented to this request.

  Thank you for Your Honor's consideration in this regard.

          Respectfully,

          WONG FLEMING

          */s/ Linda Wong*
          Linda Wong

LW/ss

So Ordered:

_____

821 ALEXANDER ROAD, SUITE 200 ⬥ P.O. BOX 3663 ⬥ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ⬥ FAX: (609) 951-0270
**WWW.WONGFLEMING.COM**

CALIFORNIA ⬥ FLORIDA ⬥ GEORGIA ⬥ ILLINOIS ⬥ INDIANA ⬥ MICHIGAN
NEW JERSEY ⬥ NEW YORK ⬥ PENNSYLVANIA ⬥ TENNESSEE ⬥ TEXAS ⬥ WASHINGTON
ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED