

LINDA WONG
Member of NJ, PA, NY, VA, GA & DC Bars
lwong@wongfleming.com

August 1, 2024

**VIA ECF**
The Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  Re: **Jane Doe v. Princeton University,**
     **Case No. 3:21-cv-20264-GC-RLS**

Dear Magistrate Judge Singh:

  This law firm, along with Crowell & Moring, LLP, represents Defendant, the Trustees of Princeton University, ("Princeton"), in the above-referenced matter. Princeton and Plaintiff Jane Doe ("The Parties") submit this joint status report pursuant to the Court's August 1, 2024 text order. *See* ECF 46.

  This matter is in active discovery. The Parties have exchanged written discovery requests and produced some documents in response to those requests. Plaintiff also filed an unopposed motion to compel production of certain documents in Princeton's possession protected from disclosure by the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g; 34 CFR Part 99. *See* ECF 50. That motion remains pending. Upon its grant, Princeton anticipates that it will be able to begin producing documents that, at present, it cannot disclose under FERPA. The parties also will proceed with other forms of discovery.

  The Parties have not discussed settlement and do not think it appropriate at this time.

          Respectfully,

          WONG FLEMING

          */s/ Linda Wong*
          Linda Wong

LW/ss

821 ALEXANDER ROAD, SUITE 200 ⬥ P.O. BOX 3663 ⬥ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ⬥ FAX: (609) 951-0270
**WWW.WONGFLEMING.COM**

CALIFORNIA ⬥ FLORIDA ⬥ GEORGIA ⬥ ILLINOIS ⬥ INDIANA ⬥ MICHIGAN
NEW JERSEY ⬥ NEW YORK ⬥ PENNSYLVANIA ⬥ TENNESSEE ⬥ TEXAS ⬥ WASHINGTON
ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED