

LINDA WONG
Member of NJ, PA, NY, VA, GA and DC Bars

lwong@wongfleming.com

February 20, 2025

<u>**VIA ECF**</u>                             ORDER          IT IS SO ORDERED
The Honorable Georgette Castner, U.S.D.J.           this 26th day of February 2025
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey, 08608                                 Hon. Justin T. Quinn, U.S.M.J.

Re:     *Jane Doe v. Princeton University*, **Case No.: 3:21-cv-20264-GC-JTQ,**
           **Consent Request for Extension of Deadlines for S for Summary Judgment Briefing**

Dear Judge Castner:

       This law firm, along with Crowell & Moring LLP, represents Defendant The Trustees of Princeton University (the "University")[1] in the above-captioned case. Pursuant to Your Honor's Judicial Preferences, we write to respectfully request an extension of the briefing schedule ordered by this Court on January 23, 2025. *See* ECF No. 61.[2] Counsel seeks an extension in light of competing deadlines and unforeseen case developments and client needs.

       Plaintiff's counsel does not oppose this request. The Parties have conferred and agreed upon the following amended summary judgment briefing schedule, with the papers to be filed with the Court in the "bundled" fashion ordered, *see id.*:

- Defendant to serve Plaintiff with opening brief: March 14, 2025
- Plaintiff to serve Defendant with opposition papers: May 5, 2025
- Defendant to serve Plaintiff with reply papers: June 6, 2025
- Parties to file motion papers via CM/ECF by: June 9, 2025

       The Parties respectfully request that this Court amend the Pretrial Scheduling Order (ECF No. 43) and briefing schedule ordered by this Court (ECF No. 61) to reflect this revised proposed summary judgment briefing schedule.

---

[1] Jane Doe's Complaint is against "Princeton University." The proper party for actions involving the University, however, is "The Trustees of Princeton University."

[2] The current summary judgment briefing schedule requires Defendant to serve Plaintiff with its opening brief on February 28, 2025; Plaintiff to serve its opposition papers on April 14, 2025; Defendant to serve its reply papers on May 16, 2025; and the Parties to submit their bundled filing via ECF by May 19, 2025. *See* ECF No. 61.

821 ALEXANDER ROAD, SUITE 200 ♦ P.O. BOX 3663 ♦ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ♦ FAX: (609) 951-0270
**WWW.WONGFLEMING.COM**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ ILLINOIS ♦ INDIANA ♦ MICHIGAN
NEW JERSEY ♦ NEW YORK ♦ PENNSYLVANIA ♦ TENNESSEE ♦ TEXAS ♦ WASHINGTON

ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED



Thank you for Your Honor's consideration in this regard.

        Respectfully submitted,

        WONG FLEMING

        */s/ Linda Wong*
        Linda Wong, Esq.
        821 Alexander Road, Suite 200
        Princeton, NJ 08540
        lwong@wongfleming.com

        CROWELL & MORING LLP

        */s/ Amanda Shafer Berman*
        Amanda Shafer Berman, Esq. (*pro hac vice*)
        Eli Berns-Zieve, Esq. (*pro hac vice*)
        1001 Pennsylvania Ave., N.W.
        Washington, D.C., 20004
        aberman@crowell.com
        eberns-zieve@crowell.com

        *Counsel for Defendant The Trustees of Princeton University, a not-for-profit educational corp. of the State of New Jersey*